## NATIONAL LOAN INVESTORS L.P. *v.* JURI E. TAALMAN ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 20270) is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Gilbert Shasha*, in support of the petition.

*Frederic S. Ury*, in opposition.

Decided March 2, 2000

## STATE OF CONNECTICUT *v.* HAROLD TRENT BUTLER

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 55 Conn. App. 502 (AC 17753), is granted, limited to the following issue:

"Did the Appellate Court correctly conclude that a due process violation resulted from prosecutorial misconduct during closing argument?"

The Supreme Court docket number is SC 16274.

*Mitchell S. Brody*, assistant state's attorney, in support of the petition.

*Avery S. Chapman*, special public defender, in opposition.